UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -REOPENING/CLOSING

Case No. CV 15-2482-JFW (AGRx)					Date May 7, 2015

Title: Yuichiro Sakurai -v- Keiko Kato

Present: The Honorable John F. Walter

| Shannon Reilly | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:			Attorneys Present for Defendants:

Not Present						Not Present

Proceedings:    ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Remand Action to Los Angeles County Superior Court pursuant to Order filed 4/24/15 [12]

☐ Entered _____.

Initials of Preparer   sr